# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Lori A-H,[1]

      Plaintiff,

v.

Frank Bisignano, *Commissioner of Social Security*,

      Defendant.

Case No. 24-CV-02262 (JMB/JFD)

**ORDER**

Edward C. Olson, Reitan Law Office, Minneapolis, MN; and David F. Chermol (*pro hac vice*), Chermol & Fishman LLC, Philadelphia, PA, for Plaintiff Lori A-H.

Ana H. Voss, United States Attorney's Office, Minneapolis, MN; and James D. Sides, Michael Moss, Molly Barry, and Sophie Doroba, Social Security Administration, Baltimore, MD, for Defendant Frank Bisignano.

      This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate John F. Docherty dated July 23, 2025. (Doc. No. 18.) The R&R recommends that the Commissioner of Social Security's final decision should be reversed and the matter remanded for further administrative proceedings on grounds that the ALJ erred by (1) failing to resolve a conflict between a vocational expert's testimony and the *Dictionary of Occupational Titles* regarding overhead reaching; (2) erred in his consideration of Lori A-H's ability to handle and ability to operate hand controls; and (3) erred by not explaining why mental limitations were omitted from Lori A-H's residual functional

---

[1] This District has adopted a policy of using only the first name and last initial of any non-governmental party on orders in Social Security matters.

capacity evaluation.  (*See id.*)  Neither party has objected to the R&R, and the time to do so has now passed.  See D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 18) is ADOPTED.

2. The final decision of the Commissioner of the Social Security Administration is REVERSED and the matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's R&R.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 15, 2025                               /s/ *Jeffrey M. Bryan*
                                                     Judge Jeffrey M. Bryan
                                                     United States District Court